BARBEE v. JEWELERS, INC.

No. 153 PC.

Case below: 40 N.C. App. 760.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 June 1979.

BARDEN v. INSURANCE CO.

No. 148 PC.

Case below: 41 N.C. App. 135.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.

CANTY v. DARSIE

No. 173 PC.

Case below: 41 N.C. App. 191.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 12 July 1979.

CHURCH v. STATE

No. 119 PC.

No. 77 (Fall Term).

Case below: 40 N.C. App. 429.

Petition by Attorney General for discretionary review under G.S. 7A-31 and notice of appeal allowed 12 July 1979.

CITY OF DURHAM v. KEEN

No. 161 PC.

Case below: 40 N.C. App. 652.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979. Motion of additional defendants to dismiss appeal for lack of substantial constitutional question allowed 12 July 1979.